IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| **CYNTHIA GEORGE,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 3:23-cv-01218 |
| ) | |
| **KIRKWOOD PLACE, LLC, RFM** ) | Chief Judge Waverly D. Crenshaw, Jr. |
| **DEVELOPMENT COMPANY, W.R.** ) | Magistrate Judge Alistair Newbern |
| **NEWMAN & ASSOCIATES, INC.,** ) | |
| **and HZ KIRKWOOD DST,** ) | **JURY DEMAND** |
| ) | |
| Defendants, ) | |
| ) | |
| - and – ) | |
| ) | |
| **KIRKWOOD PLACE, LLC,** ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **BERNARD L. WEINSTEIN d/b/a** ) | |
| **BERNARD L. WEINSTEIN &** ) | |
| **ASSOCIATES, BERNARD L.** ) | |
| **WEINSTEIN & ASSOCIATES, LLC,** ) | |
| **DBS & ASSOCIATES** ) | |
| **ENGINEERING, INC., and TTL,** ) | |
| **INC.,** ) | |
| ) | |
| Third-Party Defendants. ) | |

## JOINT MOTION FOR CASE MANAGEMENT CONFERENCE

Come now the Third-Party Defendants, Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates, Bernard L. Weinstein & Associates, LLC, DBS & Associates Engineering, Inc. and TTL, Inc., by and through counsel and hereby move this Court to schedule a Case Management Conference at the earliest possible date for the purpose of revising the current Case Management Order.

As grounds for this Motion, Movants would state that they were recently added to this lawsuit via the Third Party Complaint filed against them by Kirkwood Place, LLC, and that they are unable to comply with the scheduling deadlines in the current Case Management Order. As such, Movants need leave from the Case Management Order to conduct written discovery, deposition discovery, and retain expert witnesses to testify on their behalf at trial.

For all of the above reasons, Movants request a Case Management Conference with Magistrate Judge Alistair E. Newbern at the earliest possible date for the purpose of revising the current Case Management Order, given the Third-Party Defendants recent entry into this case.

Counsel for the Movants have consulted with counsel for all of the parties, and counsel for the Plaintiff advises that Plaintiff opposes this Motion. Otherwise, the Motion is unopposed.

Respectfully submitted,

 /s/ Jefferson C. Orr
Jefferson C. Orr, TN BPR No. 12743
SMITH CASHION & ORR, PLC
3100 West End Avenue
Suite 800 – One American Center
Nashville, TN  37203
(615) 742-8565 – Tel
jorr@smithcashion.com
*Attorney for Third-Party Defendants Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates and Bernard L. Weinstein & Associates, LLC*


 /s/ David N. Garst
David N. Garst
Lewis Thomason, P.C.
424 Church St., Ste. 2500
P.O. Box 198615
Nashville, TN 37219
(615) 259-1366 – Tel
dgarst@lewisthomason.com
*Attorney for Third-Party Defendants DBS & Associates Engineering, Inc. and TTL, Inc.*

# CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document has been forwarded if registered, via the Court's electronic filing system, or, if not registered, sent via regular United States Mail, postage prepaid to the following:

Eric G. Calhoun
Calhoun & Associates
1595 N. Central Expressway
Richardson, TX 75080
(214) 766-8100 – Tel
eric@ecalhounlaw.com
*Attorney for Plaintiff Cynthia George*

M. Todd Sandahl
234 First Avenue South
Franklin, TN 37064
(615) 794-3450 – Tel
tsandahl@mtslaw.com
*Co-Counsel for Plaintiff Cynthia George*

Brian M. Dobbs
Bass, Berry & Sims, PLC
150 Third Avenue South
Suite 2800
Nashville, TN 37201
(615) 742-7884 – Tel
bdobbs@bassberry.com
*Attorney for Defendant/Third-Party Plaintiff Kirkwood Place, LLC and Defendant RFM Development Company*

Thomas B. Hall
Sherrard Roe Voigt & Harbison, PLC
1600 West End Ave.
Suite 1750
Nashville, TN 37203
(615) 742-4200 –Tel
thall@srvhlaw.com
*Attorney for Defendant W.R. Newman & Associates, Inc.*

Erin Palmer Polly
K&L Gates, LLC
501 Commerce St.
Suite 1500
Nashville, TN 37203
(615) 780-6733 – Tel
Erin.polly@klgates.com
*Attorney for Defendant HZ Kirkwood DST*

Craig Leen
K&L Gates, LLP
1601 K Street, NW
Washington, DC 20006
(202) 778-9000 – Tel
Craig.leen@klgates.com
*Co-Counsel for Defendant HZ Kirkwood DST*

 This 9th day of September, 2024.

            /s/ Jefferson C. Orr