# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### AT NASHVILLE

| | |
|---|---|
| CYNTHIA GEORGE, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 3:23-cv-01218 |
| KIRKWOOD PLACE, LLC; RFM DEVELOPMENT COMPANY; W.R. NEWMAN & ASSOCIATES, INC.; AND HZ KIRKWOOD DST, | ) Chief Judge Waverly D. Crenshaw, Jr. ) Magistrate Judge Alistair Newbern ) ) JURY DEMAND |
| *Defendants,* | ) |
| and | ) |
| KIRKWOOD PLACE, LLC, | ) |
| *Third-Party Plaintiff,* | ) |
| v. | ) |
| BERNARD L. WEINSTEIN d/b/a BERNARD L. WEINSTEIN & ASSOCIATES; BERNARD L. WEINSTEIN & ASSOCIATES, LLC; DBS & ASSOCIATES ENGINEERING, INC.; and TTL, INC., | ) |
| *Third-Party Defendants.* | ) |

## JOINT MOTION TO EXTEND MOTION RESPONSE DEADLINES

The parties respectfully move the Court for an Order extending the deadlines to respond to pending motions in this case filed by Defendant HZ Kirkwood DST ("HZ"), as set forth below. In further support thereof, the parties state as follows:

1.      All of the parties participated in a mediation of this matter on November 13, 2024. During the mediation, substantial progress was made towards settlement, but the parties were unable to completely resolve all issues in dispute before conclusion of the mediation.

2.      Following continued discussions, Plaintiff Cynthia George ("Plaintiff"), Defendants Kirkwood Place, LLC, RFM Development Company and W.R. Newman & Associates, Inc. (collectively, "Defendants"), and Third-Party Defendants Bernard L. Weinstein, Bernard L. Weinstein Associates, LLC, DBS & Associates Engineering, Inc. and TTL, Inc. (collectively, "Third-Party Defendants"), filed a Joint Notice of Settlement on January 30, 2025 (Doc. # 82).

3.      On the same day, HZ filed a Notice of Objection to Settlement (Doc. # 83), followed by a Motion for Enlargement of its time to file cross-claims against Defendants and Third-Party Defendants (Doc. # 84), and an Alternative Motion for Leave to File Cross-Claims (Doc. # 86)[1].

4.      Since that time, and following further discussion, the parties have reason to believe they have reached a global settlement of this matter among <u>all</u> parties, including HZ.

5.      Therefore, the parties request that the deadline for Plaintiff, Defendants and Third-Party Defendants to respond to HZ's Motion for Enlargement and Alternative Motion for Leave to File Cross-Claims be extended to February 28, 2025, while the parties work to finalize their pending settlement and file the appropriate documentation with the Court.

For the foregoing reasons, the parties jointly request that this Court enter an Order extending the deadlines to respond to the foregoing motions to February 28, 2025.

Dated: February 13, 2025

---

[1] This filing superseded HZ's previously filed Motion for Leave to File Cross-Claims (Doc. # 85).

2

Case 3:23-cv-01218    Document 88    Filed 02/14/25    Page 2 of 4 PageID #: 1117

Respectfully submitted,

s/ *Eric G. Calhoun*
Eric G. Calhoun
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
Telephone: (214) 766-8100
Facsimile: (214) 308-1947
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

M. Todd Sandahl (TN BPR # 019167)
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
Telephone: (615) 794-3450
tsandahl@mtslaw.com

*Attorneys for Plaintiff Cynthia George*


s/ *Brian M. Dobbs*
Brian M. Dobbs (TN BPR # 25855)
Bass, Berry & Sims PLC
150 3rd Ave. S., Suite 2800
Nashville, TN 37201
Telephone: (615) 742-6200
bdobbs@bassberry.com

*Attorney for Defendants Kirkwood Place, LLC and RFM Development Company*


s/ *Thomas B. Hall*
Thomas B. Hall (TN BPR # 36816)
Sherrard Roe Voigt & Harbison, PLC
150 Third Avenue South, Suite 1100
Nashville, Tennessee 37201
(615) 742-4200
thall@srvhlaw.com

*Attorney for Defendant W.R. Newman & Associates, Inc.*

s/ *Erin Palmer Polly*
Erin Palmer Polly (TN BPR # 22221)
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
Telephone: (615) 780-6700
Facsimile: (615) 780-6799
erin.polly@klgates.com

Craig Leen (Admitted *Pro Hac Vice*)
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
Telephone: (202) 778-9000
craig.leen@klgates.com

*Attorneys for Defendant HZ Kirkwood DST*


s/ *David N. Garst*
David N. Garst (TN BPR # 12084)
Lewis Thomason, P.C.
424 Church Street, Suite 2500
Nashville, TN 37219
(615) 259-1366
dgarst@lewisthomason.com

*Attorney for Third-Party Defendants DBS & Associates Engineering, Inc. and TTL, Inc.*


s/ *Jefferson C. Orr*
Jefferson C. Orr (TN BPR # 12743)
Smith Cashion & Orr, PLC
One American Center
3100 West End Avenue
Suite 800
Nashville, TN 37203
jorr@smithcashion.com

*Attorney for Third-Party Defendants Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates; Bernard L. Weinstein & Associates, LLC*

3

# CERTIFICATE OF SERVICE

I certify that on February 13, 2025, a copy of the foregoing was electronically filed via CM/ECF, which will provide electronic service to the following:

Eric G. Calhoun
1595 N. Central Expressway
Richardson, Texas 75080
eric@ecalhounlaw.com
egcla@ecalhounlaw.com (Assistant)

and

M. Todd Sandahl
234 First Avenue South
Franklin, Tennessee 37064
tsandahl@mtslaw.com

*Attorneys for Plaintiff Cynthia George*

Thomas B. Hall
Sherrard Roe Voigt & Harbison, PLC
150 Third Avenue South, Suite 1100
Nashville, Tennessee 37201
thall@srvhlaw.com

*Attorney for Defendant W.R. Newman & Associates, Inc.*

Jefferson C. Orr
Smith Cashion & Orr, PLC
One American Center
3100 West End Avenue
Suite 800
Nashville, TN 37203
jorr@smithcashion.com

*Attorney for Third-Party Defendants Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates; Bernard L. Weinstein & Associates, LLC*

Erin Palmer Polly
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
erin.polly@klgates.com

and

Craig Leen
K&L Gates LLP
1601 K Street, NW
Washington, DC 20006
craig.leen@klgates.com

*Attorneys for Defendant HZ Kirkwood DST*

David N. Garst
Lewis Thomason, P.C.
424 Church Street, Suite 2500
Nashville, TN 37219
dgarst@lewisthomason.com

*Attorney for Third-Party Defendants DBS & Associates Engineering, Inc. and TTL, Inc.*

s/ *Brian M. Dobbs*