# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA GEORGE, | |
| Plaintiff, | Case No. 3:23-cv-1218 |
| v. | **JURY DEMAND** |
| KIRKWOOD PLACE, LLC; RFM DEVELOPMENT COMPANY; W.R. NEWMAN & ASSOCIATES, INC.; and HZ KIRKWOOD DST, | Judge Waverly D. Crenshaw, Jr. Magistrate Judge Alistair E. Newbern |
| Defendants, | |
| -and- | |
| KIRKWOOD PLACE, LLC, | |
| Third-Party Plaintiff, | |
| v. | |
| BERNARD L. WEINSTEIN d/b/a BERNARD L. WEINSTEIN & ASSOCIATES, BERNARD L. WEINSTEIN & ASSOCIATES, LLC, DBS & ASSOCIATES ENGINEERING, INC., and TTL, INC., | |
| Third-Party Defendants. | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c) Plaintiff Cynthia George and all Defendants and Third-Party Defendants hereby dismiss with prejudice Plaintiff's Complaint and Defendant's Third-Party Complaint, with all parties to bear their own costs and attorneys' fees. The parties note they have sought to resolve the matter in a manner that addresses issues raised in good faith and without any admission of liability.

STIPULATION OF DISMISSAL - Page 1
Case 3:23-cv-01218    Document 89    Filed 02/27/25    Page 1 of 6 PageID #: 1120

Dated this February 27, 2025.

Respectfully submitted,

**CALHOUN & ASSOCIATES**

/S/ Eric G. Calhoun
ERIC G. CALHOUN
Texas Bar No. 03638800
1595 N. Central Expressway
Richardson, Texas 75080
(214) 766-8100  Telephone
(214) 308-1947  Facsimile
eric@ecalhounlaw.com

M. Todd Sandahl, #19167
Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
Telephone: (615) 794-3450
Facsimile: (615) 794-3510
tsandahl@mtslaw.com

ATTORNEYS FOR PLAINTIFF

BASS, BERRY & SIMS, PLC

BY: /s/ Brian M. Dobbs
Brian M. Dobbs (BPR # 25855)
21 Platform Way South, Suite 3500
Nashville, TN 37203
(615) 742-6200
bdobbs@bassberry.com

ATTORNEY FOR DEFENDANTS KIRKWOOD PLACE, LLC AND RFM DEVELOPMENT COMPANY

SHERRARD ROE VOIGT & HARBISON, PLC

BY: /s/ Thomas B. Hall
Thomas B. Hall (TN BPR # 36816)
150 Third Avenue South, Suite 1100

Nashville, Tennessee 37201
thall@srvhlaw.com

ATTORNEY FOR DEFENDANT W.R.
NEWMAN & ASSOCIATES, INC.


LEWIS THOMASON, P.C.

BY: */s/ David N. Garst*
David N. Garst (TN BPR # 12084)
424 Church Street, Suite 2500
Nashville, TN 37219
dgarst@lewisthomason.com

ATTORNEY FOR THIRD-PARTY
DEFENDANTS DBS & ASSOCIATES
ENGINEERING, INC. AND TTL, INC.



SMITH CASHION & ORR, PLC

BY: */s/ Jefferson C. Orr*
Jefferson C. Orr (TN BPR # 12743)
One American Center
3100 West End Avenue, Suite 800
Nashville, TN 37203
jorr@smithcashion.com

ATTORNEY FOR THIRD-PARTY
DEFENDANTS BERNARD L. WEINSTEIN
D/B/A BERNARD L. WEINSTEIN &
ASSOCIATES; BERNARD L. WEINSTEIN &
ASSOCIATES, LLC


K&L GATES, LLP

BY: */s/ Erin Polly Palmer*
Erin Polly Palmer
501 Commerce Street, Suite 1500
Nashville, TN 37203
erin.polly@klgates.com

ATTORNEYS FOR HZ KIRKWOOD DST

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Brian M. Dobbs<br>BASS, BERRY & SIMS, PLC<br>21 Platform Way South, Suite 3500,<br>Nashville, Tennessee 37203<br>bdobbs@bassberry.com | *Counsel for Defendant/Third-Party Plaintiff Kirkwood Place, LLC and Defendant RFM Development Company* |
| Thomas B. Hall<br>SHERRARD ROE VOIGT & HARBISON, PLC<br>1600 West End Ave., Suite 1750<br>Nashville, TN 37203<br>thall@srvhlaw.com | *Counsel for Defendant W.R. Newman & Associates, Inc.* |
| Craig Leen<br>Erin Palmer Polly<br>K&L GATES, LLP<br>1601 K Street, NW<br>Washington, DC 20006<br>Craig.leen@klgates.com<br>Erin.polly@klgates.com | *Counsel for Defendant HZ Kirkwood DST* |
| David N. Garst<br>S. Ashton Smith<br>LEWIS THOMASON, P.C.<br>424 Church St., Ste. 2500<br>P.O. Box 198615<br>Nashville, TN 37219<br>dgarst@lewisthomason.com<br>asmith@lewisthomason.com | *Counsel for Third-Party Defendants DBS & Associates Engineering, Inc. and TTL, Inc.* |
| Jefferson C. Orr<br>SMITH CASHION & ORR, PLC<br>3100 West End Avenue<br>Suite 800 – One American Center<br>Nashville, TN 37203<br>jorr@smithcashion.com | *Counsel for Third-Party Defendants Bernard L. Weinstein d/b/a Bernard L. Weinstein & Associates and Bernard L. Weinstein & Associates, LLC.* |
| M. Todd Sandahl | *Counsel for Plaintiff Cynthia George.* |

Attorney at Law
234 First Avenue South
Franklin, Tennessee 37064
tsandahl@mtslaw.com

                                           */s/ Eric G. Calhoun*
                                           Eric G. Calhoun

| | |
|---|---|
| Barry L. Hardin<br>Vincent Lopez Serafino Jenevein, P.C.,<br>Thanksgiving Tower<br>1601 Elm Street, Suite 4100<br>Dallas, Texas 75201<br>Direct: 214-979-7428<br>Facsimile: 214-979-7402 | J. Robert Arnett II<br>Carter Scholer Arnett Hamada & Mockler, PLLC<br>8150 N. Central Expressway, 5th Floor<br>Dallas, Texas 75206<br>Direct: 214-550-8209<br>Facsimile: 214-550-8185 |
| /s/ Barry L. Hardin<br>Counsel for Defendant Robert Boyd Architects, Inc. | /s/ J. Robert Arnett II<br>Counsel for Attorneys for Defendants Patriot Ridge, Ltd., GP Patriot Ridge, LLC, and Henry Building, Inc. |

Robert H. Holmes
Robert H. Holmes
3401 Beverly Drive
Dallas, Texas 75205
Direct: 214-748-7172

/s/ Robert H. Holmes
Counsel for Defendant Viewtech, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Stipulation to be served on Defendants by and through their counsel, via ECF this 27th day of February, 2025.

*/s/ Eric G. Calhoun*
Eric G. Calhoun
