UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CYNTHIA GEORGE, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> KIRKWOOD PLACE, LLC; RFM § <br> DEVELOPMENT COMPANY; W.R. § <br> NEWMAN & ASSOCIATES, INC.; and § <br> HZ KIRKWOOD DST, § <br> § <br> Defendants, § <br> § <br> -and- § <br> § <br> KIRKWOOD PLACE, LLC, § <br> § <br> Third-Party Plaintiff, § <br> § <br> v. § <br> § <br> BERNARD L. WEINSTEIN d/b/a § <br> BERNARD L. WEINSTEIN & § <br> ASSOCIATES, BERNARD L. § <br> WEINSTEIN & ASSOCIATES, LLC, § <br> DBS & ASSOCIATES ENGINEERING, § <br> INC., and TTL, INC., § <br> § <br> Third-Party Defendants. § | Case No. 3:23-cv-1218 |

## ORDER

The parties have filed a Stipulation for Dismissal With Prejudice (Doc. No. 89), pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c). Accordingly, this case is **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees. The Clerk shall close this file.

Any pending motions are **DENIED AS MOOT.**

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE